IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SALVADOR G. AYALA, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> U.S. BANK TRUST NATIONAL § <br> ASSOCIATION, NOT IN ITS § <br> INDIVIDUAL CAPACITY BUT § <br> SOLELY AS OWNER TRUSTEE § <br> FOR RCF 2 ACQUISITION TRUST § <br> C/O U.S. BANK TRUST § <br> NATIONAL ASSOCIATION AND § <br> SELENE FINANCE LP, § <br> § <br> Defendants. § | Case No. 6:22-cv-303 |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants U.S. Bank Trust National Association, not in its Individual Capacity but Solely as Owner Trustee for RCF 2 Acquisition Trust ("U.S. Bank Trust N.A.") and Selene Finance LP ("Selene") file their Corporate Disclosure Statement as follows:

U.S. Bank Trust, N.A. is a wholly-owned subsidiary of U.S. Bancorp, which is a publicly-traded company. No publicly held company other than U.S. Bancorp owns 10% or more of its stock.

Selene Finance LP is a Limited Partnership. Selene Finance LP's general partner is Selene Ventures GP, LLC, and its sole limited partner is Selene Ventures, LLC. Selene Ventures, LLC is wholly owned by Selene Holdings, LLC. Selene Holdings, LLC is wholly owned by Mortgage

Solutions Holdings, LLC.  Mortgage Solutions Holdings, LLC is wholly-owned by Pretium Partners, LLC.  No publicly held company owns any interest in Pretium Partners, LLC.

Respectfully submitted,

/s/ Jason L. Sanders
**Jason L. Sanders**
  Texas Bar No. 24037428
  jsanders@sanderscollins.com
  (214) 775-0631 Direct
  (214) 499-7709 Cell
**Caroline E. Allen**
  Texas Bar No. 24121320
  callen@sanderscollins.com
  (214) 775-0635 Direct
  (575) 808-3206 Cell
SANDERS COLLINS PLLC
325 N. St. Paul St., Suite 3100
Dallas, Texas  75201
Main Telephone:  (214) 775-0630
Facsimile:  (214) 242-3004
www.sanderscollins.com

**ATTORNEYS FOR DEFENDANTS U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST C/O U.S. BANK TRUST NATIONAL ASSOCIATION AND SELENE FINANCE LP**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via U.S. Mail, Certified Mail, Return Receipt Requested, and/or e-mail pursuant to the Federal Rules of Civil Procedure on this 4th day of August, 2022 to:

    Robert C. Newark, III
      office@newarkfirm.com
    A NEWARK FIRM
    1341 W. Mockingbird Lane, Suite 600W
    Dallas, Texas  75247
    Telephone:  (866) 230-7236
    Facsimile:  (888) 316-3398
    ***Counsel for Plaintiff***

    /s/ Jason L. Sanders
    Counsel for Defendants